ROBERT M. HASBROUCK, Jr., *Respondent, v.* THE PRESIDENT, ETC., OF THE DELAWARE AND HUDSON CANAL COMPANY, *Appellant.*— Judgment and order reversed, new trial granted, costs to abide event. Opinion by BOARDMAN, J.; LEARNED, P. J., concurs in excessive damages.

JAMES MACLAREN, *Appellant. v.* EMELINE A. PERCIVAL, *Respondent.*— Judgment reversed, new trial granted, referee discharged, costs to abide event. Opinion by LEARNED, P. J.

JOHN REILLY, *Respondent, v.* THE PRESIDENT, ETC., OF THE DELAWARE AND HUDSON CANAL COMPANY, *Appellant.*— Judgment reversed, new trial granted, costs to abide event. Opinion by BOARDMAN, J.

BENJAMIN BRONK, *Respondent, v.* THE BOSTON AND ALBANY RAILROAD COMPANY, *Appellant.*— Judgment affirmed, with costs. Opinion by BOCKES, J.; LEARNED, P. J., not acting.

THE PEOPLE OF THE STATE OF NEW YORK *v.* IRA DAVENPORT, *as Comptroller, etc.,* and others.—Writ of *certiorari* quashed, with costs. Opinion by BOARDMAN, J.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* EDWARD EVANS, *Appellant, v.* JOHN McEWEN, *as Superintendent, Respondent.*— Order reversed, and prisoner remanded to penitentiary. Opinion by LEARNED, P. J.

EDWARD R. BIEHLER, *Respondent, v.* HIRAM TODD, *Appellant.*— Judgment affirmed, with costs. Opinion by BOARDMAN, J.

JOSEPH MAYO, *Respondent, v.* GEORGE JERRY, *Appellant.*— Judgment of County Court reversed and that of justice affirmed, with costs. Opinions by LEARNED, P. J., and BOARDMAN, J.

MARY McALEAR, *Respondent, v.* ANNIE E. DELANEY, *Appellant, Impleaded, etc.*— Judgment modified in accordance with opinion, and as modified affirmed, without costs, to be settled before LEARNED, P. J. Opinion by LEARNED, P. J.

MORTIMER E. SERAT, *Respondent, v.* THE UTICA, ITHACA AND ELMIRA RAILWAY COMPANY OF THE STATE OF NEW YORK, *Appellant.*— Judgment affirmed, with costs, Opinion by LEARNED, P. J.

EMILY F. PHELPS, *Appellant, v.* JOHN F. PHELPS, *Respondent.* Order affirmed. Mem. by LEARNED, P. J.

HOYLE *v.* NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY.— Motion to go to Court of Appeals denied.

SURDAM *v.* FULLER.— Motion for leave to go to the Court of Appeals denied.

JACOB D. WURTS, *Respondent, v.* JOSIAH LEFEVER, *Appellant.*— Order reversed, with ten dollars costs and printing disbursements, and motion denied, with ten dollars costs. Opinion by BOARDMAN, J.

CHARLES W. DEYO, *Respondent, v.* RALPH LEFEVER, *Appellant.*

JACOB D. WURTS, *Respondent, v.* RALPH LEFEVER, *Appellant.*